**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6022**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JETEIME VAUN ARRINGTON, a/k/a Jeteime V. Arrington,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   James C. Turk, Senior District Judge.   (7:06-cr-00081-JCT-1)

Submitted:  May 11, 2012                Decided:  May 30, 2012

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeteime Vaun Arrington, Appellant Pro Se.   Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeteime Vaun Arrington appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction based on the Fair Sentencing Act, Pub. L. No. 111-220, 124 Stat. 2372 ("FSA"), and Amendment 750 to the Sentencing Guidelines, as well as its order denying his motion for reconsideration. Our review of the record demonstrates that neither the FSA nor Amendment 750 alters Arrington's Guidelines range on his narcotics conviction. See United States v. Bullard, 645 F.3d 237, 248 (4th Cir. 2011); United States v. Hood, 556 F.3d 226, 235-36 (4th Cir. 2009). We also conclude that the district court lacked authority to entertain Arrington's motion for reconsideration. See United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010). Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED